**SEALED**

**FILED**

MAR 28 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8             IN THE UNITED STATES DISTRICT COURT
9             EASTERN DISTRICT OF CALIFORNIA
10
11 In the Matter of the Search of        )  CASE NO. 2:18-SW-0259 EFB
                                         )
12 3945 Shining Star Drive               )
   Sacramento, California                )  SEALING ORDER
13                                       )
                                         )
14                                       )
                                         )
15                                       )
                                         )
16 _____)
17
18   Upon application of the United States of America and good cause having been shown,
19   IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and
20 shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a
21 copy of the search warrant will be left at the scene of the search.
22 Dated: 3-28-2018
23                                          _____
                                            EDMUND F. BRENNAN
24                                          United States Magistrate Judge