McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
| 211 Hebron Cir., Sacramento, CA | 2:18-SW-0255 EFB, |
| 1933 Leford Way, Sacramento, CA | 2:18-SW-0256 EFB, |
| 2205 Meadowview Rd., Sacramento, CA | 2:18-SW-0257 EFB, |
| 13373 Bennett Rd., Sacramento, CA | 2:18-SW-0258 EFB, |
| 3945 Shining Star Dr., Sacramento, CA | 2:18-SW-0259 EFB, |
| 12497 Clay Station Rd., Herald, CA | 2:18-SW-0260 EFB, |
| 4036 Sea Forest Way, Sacramento, CA | 2:18-SW-0261 EFB, |
| 1240 E St., Sacramento, CA | 2:18-SW-0262 EFB, |
| 410 Lampasas Ave., Sacramento, CA | 2:18-SW-0263 EFB, |
| 1 Thistle Ct., Sacramento, CA | 2:18-SW-0264 EFB |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS　　　　1

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/04/2019

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE